Shirley SWAN, Appellant,

v.

## SSM HEALTHCARE ST. LOUIS, d/b/a SSM DePaul Health Center and Diane Stierwalt, Respondents.

No. ED 103064

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: December 22, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied February 11, 2016

Application for Transfer Denied April 5, 2016

Douglas B. Ponder, 20 S. Sarah Street, St. Louis, MO 63108, Attorney for Appellant.

Maureen Bryan, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105, Attorney for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

## ORDER

PER CURIAM.

Shirley Swan ("Swan") appeals from the trial court's grant of summary judgment in favor of SSM Healthcare St. Louis d/b/a DePaul Health Center ("DePaul").

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).